1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   MARIO SANCHEZ

**FILED**

MAY 25 2006



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C/EJG

| UNITED STATES OF AMERICA, | ) No. CR-S-06-128-EJG |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING STATUS |
|  | ) CONFERENCE AND EXCLUDING TIME; |
| v. | ) PROPOSED ORDER |
|  | ) |
| MARIO SANCHEZ, | ) |
|  | ) Date:  June 23, 2006 |
| Defendant. | ) Time:  10:00 a.m. |
|  | ) Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARIO SANCHEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for May 26, 2006 be reset for Friday, June 23, 2006 at 10:00 a.m.

This continuance is being requested because the defense needs additional time to review the discovery, obtain additional discovery,

1

1 | and investigate this case. Defense counsel must listen to six
2 | undercover tapes and review numerous items of evidence. Further,
3 | defense counsel needs additional time to investigate criminal history
4 | and determine whether to file pretrial motions. The parties need
5 | additional time to meet to discuss a possible resolution.

The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for June 23, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 24, 2006                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Acting Federal Defender


                                       /s/ Rachelle Barbour
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       MARIO SANCHEZ


                                       McGREGOR W. SCOTT
                                       United States Attorney


DATED: May 24, 2006                    /s/ Rachelle Barbour for
                                       JASON HITT
                                       Assistant U.S. Attorney

                              O R D E R

**IT IS SO ORDERED.**

DATED: 5/25/06                         _____
                                       EDWARD J. GARCIA
                                       UNITED STATES DISTRICT JUDGE

2