```
DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIO SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-128-EJG |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; AND ORDER |
| v. | |
| MARIO SANCHEZ, | |
| Defendant. | Date:  September 29, 2006<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARIO SANCHEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for August 11, 2006 be reset for Friday, September 29, 2006 at 10:00 a.m.

   This continuance is being requested because the defense needs additional time to review the discovery, obtain additional discovery,

1

and investigate this case.  Defense counsel must listen to six undercover tapes and review numerous items of evidence.  Further, defense counsel needs additional time to investigate criminal history and determine whether to file pretrial motions.  The parties need additional time to meet to discuss a possible resolution.

   The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for September 29, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 8, 2006              Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   MARIO SANCHEZ


                                   McGREGOR W. SCOTT
                                   United States Attorney


DATED:  August 8, 2006             /s/ Rachelle Barbour for
                                   JASON HITT
                                   Assistant U.S. Attorney

**O R D E R**

  **IT IS SO ORDERED.**

DATED: August 8, 2006              /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE

2