1
2
3
4
5

DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

6
7

Attorneys for Defendant
MARIO SANCHEZ

8
9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

UNITED STATES OF AMERICA,        )   No. CR-S-06-128-EJG
                                 )
            Plaintiff,           )   STIPULATION CONTINUING STATUS
                                 )   CONFERENCE AND EXCLUDING TIME;
   v.                            )   PROPOSED ORDER
                                 )
MARIO SANCHEZ,                   )
                                 )   Date:  November 17, 2006
            Defendant.           )   Time:    10:00 a.m.
                                 )   Judge:  Hon. Edward J. Garcia
_____)

19
20
21
22
23
24
25

        It is hereby stipulated and agreed to between the United States

of America through JASON HITT, Assistant U.S. Attorney, and defendant,

MARIO SANCHEZ, by and though his counsel, RACHELLE BARBOUR, Assistant

Federal Defender, that the status conference set for September 29, 2006

be reset for Friday, November 17, 2006 at 10:00 a.m.

26
27

        This continuance is being requested because the defense needs

additional time to review the discovery, obtain additional discovery,

28

1

and investigate this case.  Defense counsel must listen to six

undercover tapes and review numerous items of evidence.  Further,

defense counsel needs additional time to investigate criminal history

and determine whether to file pretrial motions.  The parties need

additional time to meet to discuss a possible resolution.

The parties stipulate that speedy trial time be excluded from the

date of this order through the date of the status conference set for

November 17, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)

[reasonable time to prepare] (Local Code T4).

DATED: September 26, 2006          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   MARIO SANCHEZ


                                   McGREGOR W. SCOTT
                                   United States Attorney



DATED:  September 26, 2006    /s/ Rachelle Barbour for
                                   JASON HITT
                                   Assistant U.S. Attorney

                             **O R D E R**

  **IT IS SO ORDERED.**


DATED: Sept. 25, 2006        /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE

2