DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-128-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | AND ORDER |
| ) | |
| MARIO SANCHEZ, ) | |
| ) | Date: March 9, 2007 |
| Defendant. ) | Time:   10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARIO SANCHEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for January 12, 2007 be reset for Friday, March 9, 2007 at 10:00 a.m.

This continuance is being requested because the defense needs additional time to review the discovery, obtain additional discovery,

1

and investigate this case.  Further, defense counsel needs additional time to investigate criminal history and determine whether to file pretrial motions.  The parties need additional time to meet to discuss a possible resolution.

The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for March 9, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 9, 2007           Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MARIO SANCHEZ


                                 McGREGOR W. SCOTT
                                 United States Attorney


DATED:  January 9, 2007          /s/ Rachelle Barbour for
                                 JASON HITT
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 9, 2007           /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

2