DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIO SANCHEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-128-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME; |
| v. | ) | AND ORDER |
| | ) | |
| MARIO SANCHEZ, | ) | |
| | ) | Date:  May 4, 2007 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Judge:  Hon. Edward J. Garcia |
| _____ | ) | |


          It is hereby stipulated and agreed to between the United States

of America through JASON HITT, Assistant U.S. Attorney, and defendant,

MARIO SANCHEZ, by and though his counsel, RACHELLE BARBOUR, Assistant

Federal Defender, that the status conference set for March 9, 2007 be

reset for Friday, May 4, 2007 at 10:00 a.m.

          This continuance is being requested because the defense needs

additional time to review the discovery, obtain additional discovery,

1

and investigate this case.  Further, defense counsel needs additional time to investigate criminal history and determine whether to file pretrial motions.  The parties need additional time to meet to discuss a possible resolution.

    The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for May 4, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 7, 2007__          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                MARIO SANCHEZ


                                McGREGOR W. SCOTT
                                United States Attorney


DATED:  March 7, 2007          /s/ Rachelle Barbour for
                                JASON HITT
                                Assistant U.S. Attorney

                                **O R D E R**

  **IT IS SO ORDERED.**


DATED: 3/7/07                   /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE

2