DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-128-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | AND ORDER |
| ) | |
| MARIO SANCHEZ, ) | |
| ) | Date: June 15, 2007 |
| Defendant. ) | Time:   10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARIO SANCHEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for May 4, 2007 be reset for Friday, June 15, 2007 at 10:00 a.m.

This continuance is being requested because the defense needs additional time to review the discovery, obtain additional discovery,

1

and investigate this case.  Further, defense counsel needs additional time to investigate criminal history and determine whether to file pretrial motions.  The parties need additional time to meet to discuss a possible resolution, reduce it to writing, and provide it to the Court.

The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for June 15, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 3, 2007            Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Rachelle Barbour
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant
                              MARIO SANCHEZ


                              McGREGOR W. SCOTT
                              United States Attorney


DATED:  May 3, 2007           /s/ Rachelle Barbour for
                              JASON HITT
                              Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: May 3, 2007             /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               UNITED STATES DISTRICT JUDGE

2