DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-128-EJG |
| Plaintiff, | STIPULATION CONTINUING JUDGMENT AND SENTENCING; AND ORDER |
| v. | |
| MARIO SANCHEZ, | Date:  September 7, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARIO SANCHEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing date set for August 24, 2007 be reset for Friday, September 7, 2007 at 10:00 a.m.  The parties also request that the Court extend the date for filing of formal objections and sentencing memorandum to August 31, 2007.

1

Defense counsel has spoken with USPO Linda Dillon who concurs with this request.

This continuance is being requested because the parties need additional time to brief objections and prepare sentencing arguments.

DATED: August 16, 2007             Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   MARIO SANCHEZ


                                   McGREGOR W. SCOTT
                                   United States Attorney


DATED: August 16, 2007             /s/ Rachelle Barbour for
                                   JASON HITT
                                   Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED:   August 17, 2007            /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    UNITED STATES DISTRICT JUDGE

2