1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  MARIO SANCHEZ

7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

13 UNITED STATES OF AMERICA,       )  No. CR-S-06-128-EJG
                                   )
14           Plaintiff,            )  STIPULATION CONTINUING JUDGMENT
                                   )  AND SENTENCING; AND ORDER
15   v.                            )
                                   )
16 MARIO SANCHEZ,                  )  Date:  September 21, 2007
                                   )  Time:  10:00 a.m.
17           Defendant.            )  Judge: Hon. Edward J. Garcia
                                   )
18 _____ )

19

20      It is hereby stipulated and agreed to between the United States

21 of America through JASON HITT, Assistant U.S. Attorney, and defendant,

22 MARIO SANCHEZ, by and though his counsel, RACHELLE BARBOUR, Assistant

23 Federal Defender, that the judgment and sentencing date set for

24 September 7, 2007 be reset for Friday, September 21, 2007 at 10:00 a.m.

25 Defense counsel has spoken with USPO Linda Dillon who concurs with this

26 request.

27

28
                                    1

This continuance is being requested because counsel for the government will be out of town on the currently-set date for sentencing. Accordingly, he needs additional time to present a sentencing document to the court.

DATED: September 5, 2007        Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                MARIO SANCHEZ


                                McGREGOR W. SCOTT
                                United States Attorney


DATED: September 5, 2007        /s/ Rachelle Barbour for
                                JASON HITT
                                Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 9/5/07                   /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE

2